IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CYNTHIA HOUSTON                                        PLAINTIFF

v.                            No. 5:12-cv-26-DPM

AREA AGENCY ON AGING OF
SOUTHEAST ARKANSAS INC.                            DEFENDANT

## ORDER

The Court appreciates the parties' joint notice and congratulates them on their settlement. The Court will retain jurisdiction until 10 December 2013 to ensure consummation. It will dismiss with prejudice thereafter unless a party seeks relief before then.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2013