# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CYNTHIA HOUSTON                                              PLAINTIFF

v.                              No. 5:12-cv-26-DPM

AREA AGENCY ON AGING OF
SOUTHEAST ARKANSAS INC.                              DEFENDANT

## ORDER

The Court appreciates the parties' joint notice and congratulates them

on their settlement.  The Court will retain jurisdiction until 10 December 2013

to ensure consummation.  It will dismiss with prejudice thereafter unless a

party seeks relief before then.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 October 2013_