IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CYNTHIA HOUSTON                                                      PLAINTIFF

v.                          No. 5:12-cv-26-DPM

AREA AGENCY ON AGING OF
SOUTHEAST ARKANSAS INC.                                              DEFENDANT

## JUDGMENT

Houston's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 December 2013